IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:19-CV-713

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY $99,803.00 IN | ) | |
| UNITED STATES CURRENCY SEIZED | ) | |
| PURSUANT TO A SEARCH WARRANT | ) | **ORDER** |
| AT 808 BENMORE CIRCLE, WAXHAW, | ) | |
| NORTH CAROLINA ON JUNE 20, 2019; | ) | |
| and | ) | |
| | ) | |
| APPROXIMATELY $9,688.00 | ) | |
| IN UNITED STATES CURRENCY | ) | |
| SEIZED FROM PHETSARATH | ) | |
| VILAISANE ON JULY 25, 2019 | ) | |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment and Final Judgment of Forfeiture. (Doc. No. 20). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

- **$99,803.00 in United States Currency seized from 808 Benmore Circle, Waxhaw, North Carolina on June 20, 2019, and**

- **$9,688.00 in United States Currency seized from Phetsarath Vilaisane on July 25, 2019.**

**IT IS FURTHER ORDERED THAT**, consent with the Parties' agreement and consent order, (Doc. No. 17), all right, title, and interest in the following property,

whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

- **$54,745.50 of the above-captioned currency at issue in this lawsuit**.

**SO ORDERED**.

Signed: December 15, 2020

Robert J. Conrad, Jr.
United States District Judge